UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

THE WOMAN'S COALITION, et al.,

Plaintiffs,

-v-

STATE OF NEW YORK, et al.,

Defendants.

----------------------------------------X

26cv4188 (DLC)

ORDER

DENISE COTE, District Judge:

The complaint in this action was filed on May 19, 2026. The following day, the Clerk's Office entered two notices identifying deficiencies in how the pleading and civil cover sheet were filed and instructing plaintiffs' counsel to re-file the documents. The case was assigned to this Court on May 20, and on June 8, an initial pretrial conference was scheduled for July 23.

To date, plaintiffs' counsel has not re-filed the complaint or civil cover sheet, requested issuance of a summons, or filed proof that the complaint was served on any defendants. Under Rule 4(m) of the Federal Rules of Civil Procedure, plaintiffs have until August 17, 2026 to serve defendants with the summons and complaint. Accordingly, it is hereby

ORDERED that the initial pretrial conference is rescheduled to **August 28, 2026 at 3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, should plaintiffs wish to maintain this action, plaintiffs' counsel shall promptly re-file the complaint and civil cover sheet as specified in the above-mentioned notices, and file proof of service of the complaint and summons on all defendants by **August 17, 2026.**

Dated: New York, New York
July 22, 2026

DENISE COTE
United States District Judge